■ W. W. DE GROOT, INC., et al., Appellants, v U-HAUL OF CENTRAL NEW YORK, INC., et al., Respondents. — Judgment unanimously affirmed, with costs, for the reasons stated in the decision at Trial Term, Lynch, J. (Appeal from judgment of Supreme Court, Onondaga County, Lynch, J. — breach of contract.) Present — Dillon, P. J., Callahan, Doerr, Boomer and Moule, JJ.